*C. N. King,* contra.

---

## SOUTHERN RAILWAY COMPANY *v.* SCOTT.

LUMPKIN, J.   1. When considered in connection with the entire charge, none of the charges of which complaint was made in the motion for a new trial contained any such error as to require a reversal on any grounds assigned in the motion.

2. This case was once before brought to the Supreme Court (128 *Ga.* 244). A new trial having been granted, and on the second trial the jury having again found for the plaintiff on substantially the same evidence, and

there being sufficient evidence to authorize the finding, although there may have been evidence which would have authorized a different finding, and there being no error of law requiring a new trial, this court will not reverse the judgment of the trial court in overruling a motion for a new trial.                         *Judgment affirmed. All the Justice concur.*

Argued February 5,—Decided July 16, 1909.

Action for damages.   Before Judge Edwards.   Paulding superior court.   May 21, 1908.

*Maddox, McCamy & Shumate* and *A. J. Camp,* for plaintiff in error.   *J. J. Northcutt* and *W. E. Spinks,* contra.